**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JANE DOE, | ) | Civil Action No. 2:26-cv-00213-WSH |
| | ) | |
| Plaintiff, | ) | Filed Electronically |
| | ) | |
| vs. | ) | |
| | ) | |
| BLANK ROME, LLLP, | ) | |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT**

Plaintiff JANE DOE, by and through her attorneys, and Defendant BLANK ROME, LLP, by and through its attorney, in accordance with this Court's Order dated February 25, 2026 (ECF 20), submit the following Joint Status Report:

On Friday, February 27, 2026, counsel for both Ms. Doe and Blank Rome had a phone conference to meet and confer on the pending motions before this Court. Specifically, they discussed Plaintiff's Motion for Leave to File Under Pseudonym (ECF No. 6), Defendant's Motion for an Extension of Time to File Answer (ECF No. 12), and Defendant's Motion for Leave to File Documents Under Seal (ECF No. 13) (the "Motion to Seal"). The call lasted approximately 20 minutes, and discussion was between lead counsel for both parties. Later that day, counsel exchanged revised redactions to the documents at issue in Defendant's Motion to Seal; on Monday, March 2, 2026, counsel exchanged emails with further revised redactions on the documents at issue in the Motion to Seal.

First, with respect to Defendant's Motion for an Extension of Time to File Answer, counsel for Ms. Doe informed Blank Rome that she will not oppose the motion. Ms. Doe has consented to allow Blank Rome 21 days after this Court rules on the Motion for Leave to File Under Pseudonym to answer the Complaint.

147812.00800/150482934v.1

Likewise, with respect to Defendant's Motion to Seal, counsel for Ms. Doe has agreed not to oppose the motion. Blank Rome shared its proposed redactions with counsel for Ms. Doe. Counsel for Ms. Doe was largely in agreement and proposed selective additional redactions, which Blank Rome has implemented.

Finally, with respect to Plaintiff's Motion for Leave to File Under Pseudonym, the Parties were unable to come to an agreement. The Parties positions are as follows:

Ms. Doe's Position: Ms. Doe incorporates by reference her Motion (ECF 6). However, and as indicated at the February 25, 2026 conference with the Court, Ms. Doe requests an opportunity to Reply to Defendant's Response. More specifically, Ms. Doe requests (1) an opportunity to address factual disputes she understands Defendant intends to raise in support of its position and (2) address the broad dissemination of her identity to the firm by firm management despite proceeding under a pseudonym.

Blank Rome's Position: As Blank Rome will address at greater length in its opposition to Ms. Doe's Motion, although it understands plaintiff's desire to remain anonymous when making allegations related to sexual assault, precedent in the Western District does not permit parties to file under pseudonym on the sole basis that the allegations relate to sexual assault. Moreover, Plaintiff's stated position that she seeks to file under pseudonym because she fears impact on her professional reputation is insufficient to overcome the presumption of public access to judicial proceedings.

In light of the aforementioned conferrals and resolutions, the Parties request this Court enter the attached Proposed Orders concerning the consented extension, consented filing under seal, and a scheduling Order pertaining to Plaintiff's Motion for Leave to File Under Pseudonym.

Date:  March 6, 2026

RESPECTFULLY SUBMITTED,


*/s/ Nicole Daller*
Nicole Daller
Vicki K. Horne
Giulia R. Schaub
HORNE DALLER LLC
1380 Old Freeport Road, Ste 3A
Pittsburgh, PA 15238
ndaller@hornedaller.com
vkhorne@hornedaller.com
gschaub@hornedaller.com


*Attorneys for Plaintiff Jane Doe*

*/s/ Christina Manfredi McKinley*
Christina Manfredi McKinley
BLANK ROME LLP
501 Grant Street, Suite 850
Pittsburgh, PA 15219
christina.mckinley@blankrome.com

James T. Smith (admitted *pro hac*)
Rebecca D. Ward (admitted *pro hac*)
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
jim.smith@blankrome.com
rebecca.ward@blankrome.com


*Attorneys for Defendant Blank Rome, LLP*