IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | ) | Civil Action No. 2:26-cv-00213-WSH |
| Plaintiff, | ) | Filed Electronically |
| vs. | ) | |
| BLANK ROME, LLLP, | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

## ORDER

AND NOW, this 9th day of March 2026, upon review of Defendant's Motion for Leave to File Documents Under Seal and the Parties' Joint Status Report in response thereto, understanding Plaintiff does not contest Defendant's Motion for Leave to File Documents Under seal (ECF No. 13), it is hereby ORDERED that said Motion is GRANTED and that Defendant shall file under seal the unredacted versions of its exhibits to its forthcoming Response to Plaintiff's Motion for Leave to File Under Pseudonym (ECF No. 6) and shall file on the public docket versions with the parties' agreed-upon redactions.

BY THE COURT:

*/s/W. Scott Hardy*
Honorable W. Scott Hardy
District Court Judge