**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JANE DOE                            )

                           )

            Plaintiff,         )

                           )

       v.                  )    Civil Action No. 26-213

                           )

BLANK ROME LLP          )

                           )

           Defendant.    )

## <u>ORDER</u>

AND NOW, this 4th day of May, 2026, IT IS HEREBY ORDERED that Plaintiff's Motion to Proceed Under a Pseudonym (Docket No. 6) is DENIED.  Plaintiff is directed to file an amended Complaint on or before May 18, 2026 to reflect her true identity.

<u>s/ W. Scott Hardy</u>
W. Scott Hardy
United States District Judge

cc/ecf:  All counsel of record