**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JANE DOE, | Civil Action No. 2:26-cv-213 |
| Plaintiff, | Hon. W. Scott Hardy |
| vs. | *Filed Electronically* |
| BLANK ROME, LLP, | |
| Defendant. | **JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY PROCEEDING AND OTHER RELIEF**

Plaintiff JANE DOE, by and through her attorneys, and Defendant BLANK ROME, LLP, by and through its attorneys, file this Joint Motion to Stay and Other Relief and in support thereof, avers as follows:

**REQUEST TO STAY PROCEEDINGS**

1.      On May 4, 2026, this Court entered an Order denying Plaintiff's Motion to Proceed Under a Pseudonym and directed the filing of an Amended Complaint on or before May 18, 2026. (ECF 35).

2.      Following the entry of the May 4 Order, counsel for the parties conferred and agreed that this is a propitious time to determine if a resolution of this case can be achieved through mediation.

3.      The Parties are presently working to identify a mediator and schedule a date for mediation to occur.

4.      The Parties were not able to have the mediator selected and date for mediation scheduled prior to the May 18, 2026, deadline set by this Court. (ECF 35), although counsel is working diligently to do so as soon as possible.

1

5. The earliest availability for the potential mediators and stakeholders is September 2026.

6. In the interest of judicial economy, the Parties jointly request that this matter be stayed until September 21, 2026 while the Parties work to identify a mutually acceptable mediator, schedule a mediation and mediate this case.

7. If the mediation is successful, the parties will move to dismiss the claims with prejudice.

## STIPULATION TO FILE AMENDED COMPLAINT

8. In her Complaint, Plaintiff identified that her Charge of Discrimination, *as amended*, was dual-filed with the Pennsylvania Human Relations Commission and that, at the time of the Complaint filing, was not yet ripe for disposition.  (ECF 1, ¶ 20).

9. Plaintiff indicated she would seek to amend when her PHRA claims became ripe for disposition.  (Id.)  The claims will be ripe by the end of May, and Plaintiff will be prepared to seek Leave to File an Amended Complaint.

10. In the event that a successful mediation cannot be achieved, the Parties stipulate and agree, subject to approval by the Court, that Plaintiff may file an Amended Complaint to add the PHRA claims.

## MEMORANDUM OPINION

11. If the Court grants the request to stay the proceedings, the Parties also request that the Court not file the Memorandum Opinion dated May 4, 2026, during the pendency of the stay.

12. The Parties believe publication of the Memorandum Opinion may be counterproductive to the mediation discussions and respectfully request this Court permit the

Parties to submit their positions relative to the Memorandum Opinion after the mediation, if it is unsuccessful.

13.    Neither party will be prejudiced by these requests, and these requests further serve the Western District's desire for parties to engage in early Alternative Dispute Resolution.

14.    The Parties will file an ADR Stipulation with the Court prior to proceeding with the mediation.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that this Court enter an Order staying the case until September 21, 2026 and granting the other relief requested while the parties pursue mediation.

Date:  March 18, 2026                              RESPECTFULLY SUBMITTED,

*/s/Nicole Daller*                                 */s/Christina Manfredi McKinley*
Nicole Daller                                      Christina Manfredi McKinley
Vicki K. Horne                                     BLANK ROME LLP
Giulia R. Schaub                                   501 Grant Street, Suite 850
HORNE DALLER LLC                                   Pittsburgh, PA 15219
1380 Old Freeport Road, Suite 3A                   christina.mckinley@blankrome.com
Pittsburgh, PA 15238
ndaller@hornedaller.com                            James T. Smith (admitted *pro hac*)
vkhorne@hornedaller.com                            Rebecca D. Ward (admitted *pro hac*)
gschaub@hornedaller.com                            Anthony Barrett Haller
                                                   BLANK ROME LLP
*Attorneys for Plaintiff Jane Doe*                 One Logan Square
                                                   130 North 18th Street
                                                   Philadelphia, PA 19103
                                                   jim.smith@blankrome.com
                                                   rebecca.ward@blankrome.com
                                                   anthony.haller@blankrome.com

                                                   *Attorneys for Defendant Blank Rome, LLP*