**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>BLANK ROME, LLP,<br><br>Defendant. | Civil Action No. 2:26-cv-213<br><br>Filed Electronically<br><br>Hon. W. Scott Hardy |

**STIPULATION TO DISMISS COMPLAINT**
**AGAINST DEFENDANT BLANK ROME LLP**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jane Doe ("Plaintiff") and Defendant Blank Rome LLP ("Defendant"), by and through their undersigned counsel, jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, all claims asserted against Defendant in the above-styled action, with the parties to bear their own attorney's fees, costs, and expenses.

Date: October 21, 2026

RESPECTFULLY SUBMITTED,

*/s/ Nicole Daller*
Nicole Daller
Vicki K. Horne
Giulia R. Schaub
HORNE DALLER LLC
1380 Old Freeport Road, Suite 3A
Pittsburgh, PA 15238
ndaller@hornedaller.com
vkhorne@hornedaller.com
gschaub@hornedaller.com

*Attorneys for Plaintiff Jane Doe*

*/s/ Christina McKinley*
Christina Manfredi McKinley
BLANK ROME LLP
501 Grant Street, Suite 850
Pittsburgh, PA 15219
christina.mckinley@blankrome.com

James T. Smith (admitted *pro hac*)
Rebecca D. Ward (admitted *pro hac*)
Anthony Barrett Haller
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
jim.smith@blankrome.com
rebecca.ward@blankrome.com
anthony.haller@blankrome.com

*Attorneys for Defendant Blank Rome, LLP*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JANE DOE, | Civil Action No. 2:26-cv-213 |
| Plaintiff, | Filed Electronically |
| vs. | Hon. W. Scott Hardy |
| BLANK ROME, LLP, | |
| Defendant. | **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER**

AND NOW, this ______ day of ___________________, 2026, upon review of the Parties' Stipulation to Dismiss the Complaint , it is hereby ORDERED that the Complaint is DISMISSED WITH PREJUDICE and the matter CLOSED, with each party to bear its own attorneys' fees, costs, and expenses.

BY THE COURT:

____________________________________
W. Scott Hardy
United States District Judge

cc/ecf: All counsel of record